Brian Holtkamp
NO E-mail address
2624 Freeman Lane
Santa Ana Ca 92706
NO phone #
Petitioner in Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Central District of California

Petition of                          Case #
Brian Holtkamp              8:26-cv-00039-FWS-(JDEx)


Complaint

CV-127 (09/09)      PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I'm asking the court for help in this matter. I would like this court to clarify some issues I have.

## ISSUE #1

The Defendant a vexacious Liar Mozilla Foundation/Fed Gov Employee has established a statutory provision with this court. About a year and a half ago I filed 3 cases with this court. The first two were in Forma-Pauperis, but the request to proceed was denied. There was no declaration in support of waiving the fees, also the summons and complaint were not served on the Defendant. The third case I paid for, but the damage was allready done. All three cases were dismissed because the Defendant (Mozilla Foundation/Fed Gov Employee) had misled this court on a belief they were a contractor of the Department of Defense. That statement brought disrespect to this court including all party's involved. Appearantely, so well written this court accepted there proposal

establishing a statutory provision on the first case. This is not true, Just a fantasy they wished to be part of. This prevented this court from helping me and obtaining the Monetary Relief I'm entitled too for the last 6 years of extreme Discrimination. These people are not statutory by nature, the Defendant would have responded to my complaint saying, "It's the plaintiff's obligation to plead particularized facts how a Government entity would be Liable". See Zuniga V. Housing Authority of the City of Los Angeles (1995) 41 Cal. App. 4th 82, 96. Also, they should have mentioned Sovereign Immunity and having a number of unique rights in civil Litigation. Topics like this were not brought up, because they are not aware of such facts. If they were truely statutory The California Tort Claims Act would have surfaced in there response Letting me Know I only have six months to file a Tort Claim in order for a complaint to survive. Also, they would mention, "we have the right to have factual allegations against us advanced in a detailed format".

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

None of this has been said, which is proof these people are not statutory by nature. These people are the Scum of the web. These people violate the Rules of Professional Conduct using phantom quotes that don't exist in there demurrer and AI generated pleadings. They don't create there own work. These people have been ordered to show cause why they should not be reported to the California State Bar.

8:24 - CV - 00850 - CJC
8:24 - CV - 01058 - JWH
8:24 - CV - 01285 - JWH

Brian G Holtkamp
        Plaintiff

Mozilla Foundation / Fed Gov Employee
        Defendant

*Page Number*

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

How is it possible to establish a statutory provision, when the first two cases were denied by this court to proceed in Forma-Pauperis. How could the Defendant even respond to the complaint, there response comes after being served a copy of the summons and complaint. The Defendant was never served!!. I understand that in Forma-Pauperis, the court has the ability to look at the complaint ahead of time leaving a case trail of records. The Defendant is not worthy of any recognition from this court, I don't think this court is even aware of this claimed provision.

# ISSUE #2

The Defendant has created a
false claim of Res-Judicata with
these 3 cases. There has not been
a Final Judgement on the Merrits.
Since these 3 Federal Cases, I have
filed 3 cases in state court against
the Mozilla Foundation. They are reporting
faulse claims to the court of Res-Judicata,
and a well established statutory provision.
The Mozilla Foundation is blocking my
ability to litigate no matter where
I go. They are denying me the resources
required to litigate in state court.
Reservations are required to file a motion
and move forward with a case. The Mozilla
Foundation is Discriminating against me,
denying me of free public resources.
Not allowing me to access or use
services that are available for everyone
to access and use. Discrimination so
aggressive and so hard core, They will
not allow Internet or free email access

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

at the Public or Law Library. As a common Law basis Discrimination is not allowed or tollerated period. No matter where you go discrimination is unacceptable. The Mozilla Foundation has been discriminating against me for over six years now. I'm entitled to a fair amount of monetary relief for this Long term Hate Crime, relief for ruined devices, PC, Laptops and the intentional infliction of emotional distress.

# ISSUE #3

All the Federal Case documents have been falseified and re-written by the Mozilla Foundation. They have created deficiencies in the Federal Docket, the name they are currently using (Mozilla Foundation/Mozilla.org) in the Federal Records cant even be served. They have removed the part that says Fed Gov Employee to cover up how the statutory provision was established. The foundation's document revision consolidates all three cases together. None of this is true. The Mozilla Foundation also tampered with state Court records showing

V2.0.27 (Build 10/2/2025 8:00am)

records had been falsified and changed. This action is a Federal Offense and should not be taken Lightly. I'm suggesting Criminal Charges on the Party's involved

Mozilla Foundation

W3.org

Dana Finberg

Kristal Sinaj

Chris Ridder

CV-127 (09/09)                PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# Issue #4

Open Source Software (Agreement)

Subject Matter (Software)

Open-Source-Software Agreement
explained from CB Internet Law

First you have to agree to the Testing
platform which requires
  1  EUIA Lisence Agreement
     End user Lisence Agreement
  2  SDK Lisence Agreement
     Software Developer Kit Lisence Agreement
  3  Escrow Lisence Agreement

  All of these have to be in place to
properly protect the End User. Termination by
either party 30 days prior written notice
Automatic termination at 3 years.
  None of these requirements are in place.

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Several years ago the Federal Government requested an interface to be created and tested. The first prototype was ready for testing in Late 2019. I exchanged information with the Mozilla Foundation to try there Firefox Browser at that time. The interface is

HTTPS://URL.Spec.Whatwg.org/#interface-urlsearchparams

The Mozilla Foundation/W3.org is operating the interface and the testing. Since day 1 over 6 years ago The Mozilla Foundation has had me connected to the interface and will not stop without a Court Order. Applying Open-Source Software on me and channeling it through my Orange County Public Library accounts. The accounts are public so there should be no problem to request delete the accounts and all the information, however The Mozilla Foundation will not allow me to delete these accounts.

Ohagan Myer
The Finberg Fantasy
One Embarcadero Center Suite 2100
San Francisco, Ca 94111

(415) 578 - 6900
(415) 578 - 6910    Fax

Open - Source - Software

Subject Matter: Software

Term; Termination

   This agreement is effective from the effective date and shall continue until the second anniversary of the effective date, at which time it shall automatically terminate. This agreement my be terminated by either party on 30 days prior notice to the other party

   On termination of this agreement, Developer shall destroy all confidential information within 3 days of the date of termination.

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

You may terminate this Agreement at any time on 30 days prior written notice to the Company.

Immediately on termination of this agreement you shall disconnect all links to the Company's website and cease all use of the Logo.

Any notice required or permitted by this Agreement shall be in writing and shall be deemed sufficent on reciept when delivered personally or by currier, overnight delivery service, confirmed facimile or confirmed e-mail, or 48 hours after being deposited in the regular mail as certified or registered mail with postage prepaid.

This notice will terminate the Open-Source-Software and Lisence agreements between the Mozilla Foundation and Brian G Holtkamp

This notice will also terminate any Open-Source-Software and Lisence agreements with the Mozilla Foundation and any individual with the same Last name (Holtkamp).

End of Notice

Date                    Brian G Holtkamp

12/18/2025           *Brian G Holtkamp*

12/18/2025           Holtkamp

*Holtkamp*

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

EXIBITS

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Case 8:26-cv-00039-FWS-JDE    Document 1    Filed 01/06/26    Page 15 of 23    Page ID
#:15
Case 8:24-cv-01285-JWH-ADS    Document 32    Filed 08/21/24    Page 2 of 5    Page ID
#:178

1    Having considered Defendant Mozilla Foundation's Motion to Dismiss

2  Plaintiff Brian G. Holtkamp's Complaint, Plaintiff Brian G. Holtkamp's

3  opposition, and Defendant Mozilla Foundation's Reply, the Court hereby rules as

4  follows:

5        **1.    No Hearing is Necessary**

6        Pursuant to L.R.7-15, The Court finds the matter is suitable for decision

7  without oral argument.  The hearing on the Motion is **VACATED**.

8        **2.    The Complaint is Barred by *Res Judicata***

9        Plaintiff's Complaint is precluded by the doctrine of *res judicata*.  The Court

10  has twice dismissed Plaintiff's complaints with substantially the same allegations.

11  See Order at 2, *Holtkamp v. Mozilla Found.*, No. 24-cv-00850-CJC-ADS (C.D.

12  Cal., May 1, 2024), ECF No. 7 (dismissing first complaint as frivolous or

13  malicious, and as failing to state a claim for which relief can be granted); Order at

14  2, *Holtkamp v. Mozilla Found.*, No. 24-cv-01058-JWH-ADS (C.D. Cal., May 15,

15  2024), ECF No. 8 (dismissing with prejudice second complaint as frivolous

16  because it was duplicative of the first complaint, factually frivolous because the

17  allegations were clearly baseless or fanciful, and for failure to state a claim for

18  which relief can be granted).

19        *Res judicata*, or claim preclusion, applies when there is: "(1) an identity of

20  claims; (2) a final judgment on the merits; and (3) identity or privity between

21  parties." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 713 (9th Cir.

22  2001).  There is an identity of claims.  As with Plaintiff's second complaint, which

23  was dismissed by this Court with prejudice and without leave to amend, Plaintiff's

24  instant Complaint baselessly and fancifully alleges that the Mozilla Foundation is

25  responsible for damaging Plaintiff's devices, denying him access to the internet,

26  interfering with his ability to find employment, and controlling his daily routine.

27  Accordingly, the instant Complaint arises out of the same transactional nucleus of

28  facts.  The Complaint also presents substantially the same evidence and involves

Case 8:26-cv-00039-FWS-JDE   Document 1   Filed 01/06/26   Page 16 of 23   Page ID
#:16
Case 8:24-cv-01285-JWH-ADS   Document 32   Filed 08/21/24   Page 3 of 5   Page ID
#:179

1   alleged infringement of the same rights as in the previously-dismissed complaints,

2   and Defendant's rights established during the prior dismissals would be impaired

3   by allowing Plaintiff to relitigate the matter. *See Constantini v. Trans World*

4   *Airlines*, 681 F.2d 1199, 1202-02 (9th Cir. 1982).

5         There has been a final judgment on the merits. *See* Fed. R. Civ. P. 41(b)

6   "any dismissal under this subdivision (b) and any dismissal not under this rule . . .

7   operates as an adjudication on the merits." A dismissal with prejudice is an

8   adjudication on the merits. *See Stewart v. United States Bancorp*, 297 F.3d 953,

9   956 (9th Cir. 2002). And, there is identity of the parties: The plaintiff, Brian G.

10  Holtkamp, and defendant, Mozilla Foundation, are the same in this case and in two

11  previous dismissed cases. Accordingly, the Complaint is precluded under the

12  doctrine of *res judicata* and must be dismissed with prejudice.

13        **3.      The Court Lack Subject Matter Jurisdiction, and It Dismisses the**

14                **Complaint Under Its Inherent Authority, as the Complaint Is**

15                **Frivolous**

16        Because the Complaint is patently frivolous on its face, the Court lacks

17  subject matter jurisdiction to entertain it. Plaintiff's allegations that Mozilla

18  destroyed "300+" of his devices," denied him access to the internet, interfered with

19  his ability to find employment, controlled his daily routine, and the like are

20  "clearly baseless" and "fanciful," as this Court has already found. *Holtkamp v.*

21  *Mozilla Found.*, No. 8:24-cv-01058-JWH-ADS Dkt. No. 8, at 2 (C.D. Cal.,

22  May 17, 2024).

23        The Court lacks subject matter jurisdiction to consider claims that are "so

24  insubstantial, implausible, . . . or otherwise completely devoid of merit as not to

25  involve a federal controversy." *Steel Co. v. Citizens for a Better Environment*, 523

26  U.S. 83, 89, (1998); *see also Hagans v. Lavine*, 415 U.S. 528, 537 (1974) (federal

27  courts lack jurisdiction to consider claims that are "essentially fictitious,"

28  "obviously frivolous," or "obviously without merit.").

Case 8:26-cv-00039-FWS-JDE    Document 1    Filed 01/06/26    Page 17 of 23    Page ID
Case 8:24-cv-01285-JWH-ADS    Document 37    Filed 08/21/24    Page 4 of 5    Page ID
#:180
#:37

1    This Court also has the inherent authority to dismiss frivolous claims, even if

2    the plaintiff has paid the filing fee. *See Mallard v. United States Dist. Court for*

3    *Southern Dist.*, 490 U.S. 296, 307-308 (1989) ("Section 1915(d) . . . authorizes

4    courts to dismiss a 'frivolous or malicious' action, but there is little doubt they

5    would have power to do so even in the absence of this statutory provision.");

6    *Fitzgerald v. First East Seventh St. Tenants Corp.*, 221 F.3d 362 (2d Cir. 2000)

7    (". . . district courts may dismiss a frivolous complaint *sua sponte* even when the

8    plaintiff has paid the required filing fee. . .").  For those reasons, the Court must

9    dismiss the Complaint with prejudice.

10    **4.    The Complaint Fails to State a Claim for Which Relief Can Be**

11    **Granted**

12    The Complaint fails to allege "enough facts to state a claim to relief that is

13    plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007),

14    and merely "tenders naked assertions devoid of further factual enhancement."

15    *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  Plaintiff's allegations and vague,

16    conclusory, and do not suggest any legal theory that would be cognizable in federal

17    court.  In addition, the allegations presented are baseless, fanciful, and delusional

18    in nature.  The notion that Mozilla Foundation would engage in such a targeted and

19    malicious campaign against a single individual defies logic and common sense.

20    "Factual allegations must be enough to raise a right to relief above the speculative

21    level." *Twombly*, 550 U.S. at 555 (citing 5 C. Wright & A. Miller, Federal Practice

22    and Procedure § 1216, pp 235-236 (3d ed. 2004)).  As with his prior two

23    complaints, Plaintiff's allegations are facially implausible.  Accordingly, pursuant

24    to Fed. R. Civ. P. 12(b)(6), the Complaint must be dismissed with prejudice.

25

26

27

28

**8:24-cv-01285-JWH-ADS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Brian G. Holtkamp
2624 Freeman Lane
Santa Ana CA 92706

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Brian G. Holtkamp
2624 Freeman Lane
Santa Ana CA 92706
--Case Participants: Dana Johannes Finberg (cvillavert@ohaganmeyer.com,
dfinberg@ohaganmeyer.com), Christoper K Ridder (chris@rcjlawgroup.com), Judge John W.
Holcomb (crd_holcomb@cacd.uscourts.gov), Magistrate Judge Autumn D. Spaeth
(crd_spaeth@cacd.uscourts.gov)
--Non Case Participants: Keith Gregory Adams (kadams@mpbf.com)
--No Notice Sent:
Message-Id:<40691751@cacd.uscourts.gov>Subject:Activity in Case 8:24-cv-01285-JWH-ADS Brian
G. Holtkamp v. Mozilla Foundation/Mozilla.org Deficiency in Filed Documents (G-112A) - optional
html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 8/7/2025 at 6:41 PM PDT and filed on 8/7/2025

| | |
|---|---|
| **Case Name:** | Brian G. Holtkamp v. Mozilla Foundation/Mozilla.org |
| **Case Number:** | 8:24-cv-01285-JWH-ADS |
| **Filer:** | |

**WARNING: CASE CLOSED on 08/21/2024**

| | |
|---|---|
| **Document Number:** | 35 |

**Docket Text:
NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: NOTICE OF
MOTION AND MOTION to Reopen Case[34]. The following error(s) was/were found: Proposed
document was not submitted or was not submitted as a separate attachment. Proposed
document was not submitted or was not submitted as a separate attachment. In response to this
notice, the Court may: (1) order an amended or correct document to be filed; (2) order the
document stricken; or (3) take other action as the Court deems appropriate. You need not take
any action in response to this notice unless and until the Court directs you to do so. (yl)**

**8:24-cv-01285-JWH-ADS Notice has been electronically mailed to:**
Dana Johannes Finberg    cvillavert@ohaganmeyer.com, dfinberg@ohaganmeyer.com
Christoper K Ridder    chris@rcjlawgroup.com

| | | |
|---|---|---|
| | | To the extent Defendant seeks to deem Plaintiff a vexatious litigant, the motion is denied. A demurrer challenges the legal sufficiency of the Complaint. To obtain the relief sought, Defendant should file a properly noticed and supported motion to deem Plaintiff a vexatious litigant.<br><br>Defendant to give notice.<br><br>As a separate but related issue, Defendant cited one California case in its moving papers, *Garcia v. Lacey* (2014) 231 Cal.App.4th 402, 407. According to Defendant, *Garcia v. Lacey* includes the following quote: "A claim may be so factually deficient or so insubstantial as to justify dismissal for lack of subject matter jurisdiction." **The quoted language, however, does not appear in the case.** Moreover, the subject matter of *Garcia v. Lacey* is vexatious litigant law, not whether a court has jurisdiction over an alleged cause of action.<br><br>Counsel is ordered to appear on 12/18/2025 at 09:00 AM in Department C19 and SHOW CAUSE why the Court should not report counsel to the State Bar of California and or issue sanctions for violations of the Rules of Professional Conduct relating to case citation and purported quotations therefrom included within its demurrer. This phantom quote and/or citation not only misled the Court, but forced the Court to expend additional time reviewing the papers and attempting to confirm the cited authority. |
| 6 | Line 5, LLC vs. Amazon Warranty, LLC | Motion for Summary Judgment / Adjudication.<br><br>Plaintiff Line 5, LLC ("Line 5") moves for summary judgment or, in the alternative, summary adjudication, on Line 5's Complaint and on the Cross-Complaint filed by Defendants Amazon Warranty, LLC ("Amazon") and Mariam Nasrati ("Nasrati"). For the following reasons, the motion for summary judgment is DENIED. The motion for summary adjudication is **GRANTED IN PART and DENIED IN PART**.<br><br>The motion for summary adjudication is GRANTED as to Issues 6 and 7 - the Cross-Complaint's second cause of action for breach of fiduciary duty and third cause of action for accounting. The motion for summary adjudication is DENIED as to all other issues.<br><br>Line 5 asserted three evidentiary objections: one to Defendants' Exhibit C (Defendants' own discovery responses), one to Defendants' Exhibit D (Line 5's discovery responses), and one to the declaration of Mariam Nasrati "to the extent the declaration contradicts the audio recording" of a Zoom call. The first two objections are not material to the disposition of the motion. (Code Civ. Proc. § 437c(q).) The final objection does not specify to which portion of the declaration Line 5 is objecting, so the Court could not sustain such an objection and as such is overruled.<br><br>A plaintiff moving for summary judgment "bears the burden of persuasion that 'each element of' the 'cause of action' in question has been 'proved,' and hence that 'there is no defense' thereto. [Citation.]" (*Aguilar* v. *Atlantic* |



## About

| | |
|---|---|
| Product ID | 00329-00000-00003-AA226 |
| System type | 64-bit operating system, x64-based processor |
| Pen and touch | No pen or touch input is available for this display |

Copy

Rename this PC

### Windows specifications

| | |
|---|---|
| Edition | Windows 10 Enterprise |
| Version | 21H2 |
| Installed on | 11/9/2020 |
| OS build | 19044.2846 |
| Experience | Windows Feature Experience Pack 120.2212.4190.0 |

Copy

Change product key or upgrade your edition of Windows

Read the Microsoft Services Agreement that applies to our services

Read the Microsoft Software License Terms

If you set a data limit, Windows will set the metered connection setting for you to help you stay under your limit.

Set a data limit to help control data usage on this network

### IP settings

IP assignment:    Automatic (DHCP)

Edit

### Properties

| | |
|---|---|
| Link speed (Receive/Transmit): | 1000/1000 (Mbps) |
| Link-local IPv6 address: | fe80::cfa0:2087:1150:9def%6 |
| IPv4 address: | 10.0.218.26 |
| IPv4 DNS servers: | 10.20.14.101 |
| | 10.20.10.11 |
| | 10.20.10.101 |
| | 10.20.14.110 |
| Primary DNS suffix | plpatron.local |
| Manufacturer: | Realtek |
| Description: | Realtek PCIe GbE Family Controller |
| Driver version: | 10.57.330.2022 |
| Physical address (MAC): | A4-BB-6D-BD-DE-01 |

Copy

Sworn        Statement

January 5, 2026

By: Brian Holtkamp

Petitioner in Pro Per

1. Relief

Preliminary injunction relief from Open-Source
Expedited hearing Date
Delete Orange County Public Library Accounts
      2530883716
      2530941126
      2531136112
      2531226051

Signature from the Judge
No challenge / no Amend on orders from Judge
(Has to do with Civil Rights and Discrimination)

No Electronic filing or communication unless
it is by Court Appointed Councel

Everything must be done by US Mail First Class

Money Demand (Monetary Relief)

600,000 dollars for Extreme Discrimination
200,000 dollars for applying open source to
         the second Library account making
         open source go to 6 years
150,000 dollars for intentional infliction Emotional distress
35,000 dollars for damaged personal devices